RECEIVED

DEC 17 2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------------------------------X
AT&T WIRELESS SERVICES, PCS, LLC, by and through its
member, AT&T WIRELESS SERVICES, INC.,

        Plaintiff,

 - against -

THE TOWN OF SUFFIELD, and THE ZONING BOARD OF
APPEALS OF THE TOWN OF SUFFIELD

        Defendants.
----------------------------------------------------------------X

FILED

2003 DEC 22 P 1:5

U.S. DISTRICT COURT
HARTFORD, CT.

Index No.
303CV660 (CFD)

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff, AT&T WIRELESS SERVICES, PCS, LLC, by and through its agent, AT&T WIRELESS SERVICES, INC., and Defendants, THE TOWN OF SUFFIELD, and THE ZONING BOARD OF APPEALS OF THE TOWN OF SUFFIELD, that the above-entitled action be dismissed with prejudice, and without costs, damages or attorneys' fees to either party arising from or in connection with the wireless facility located at 639 North Street in the Town of Suffield and approved by Resolution of the Town of Suffield Planning and Zoning Commission, a copy of which is annexed hereto and incorporated.

Dated: White Plains, New York
   December _10_, 2003

CUDDY & FEDER, LLP
Attorneys for Plaintiff

By: _____
 Christopher B. Fisher, Esq. (CT16715)
 Cuddy & Feder LLP
 90 Maple Avenue
 White Plains, New York 10601

Dated: Suffield, Connecticut
   December _15_, 2003

McANANEY & McANANEY
Attorneys for Defendants

By: _____
 Edward G. McAnaney, Esq. (CT01407)
 McAnaney & McAnaney
 Suffield Village
 Suffield, Connecticut 06078

C&F: 381602.1

(914) 761-1300
<u>Connecticut Office</u>

(860) 668-2000

1 Marshall Street
Norwalk, Connecticut 06901
(203) 853-8001

SO ORDERED:


By:_____
   HON. CHRISTOPHER F. DRONEY, U.S.D.J.

C&F: 381602.1