RECEIVED
DEC 17 2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 22 P 1: 0
U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------------------------------------X
AT&T WIRELESS SERVICES, PCS, LLC, by and through its
member, AT&T WIRELESS SERVICES, INC.,

                Plaintiff,

  - against -

THE TOWN OF SUFFIELD, and THE ZONING BOARD OF
APPEALS OF THE TOWN OF SUFFIELD

                Defendants.
------------------------------------------------------------X

Index No.
303CV660 (CFD)

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff, AT&T WIRELESS SERVICES, PCS, LLC, by and through its agent, AT&T WIRELESS SERVICES, INC., and Defendants, THE TOWN OF SUFFIELD, and THE ZONING BOARD OF APPEALS OF THE TOWN OF SUFFIELD, that the above-entitled action be dismissed with prejudice, and without costs, damages or attorneys' fees to either party arising from or in connection with the wireless facility located at 639 North Street in the Town of Suffield and approved by Resolution of the Town of Suffield Planning and Zoning Commission, a copy of which is annexed hereto and incorporated.

Dated: White Plains, New York
      December 10, 2003

CUDDY & FEDER LLP
Attorneys for Plaintiff

By: _____
Christopher B. Fisher, Esq. (CT16715)
Cuddy & Feder LLP
90 Maple Avenue
White Plains, New York 10601

Dated: Suffield, Connecticut
      December 15, 2003

McANANEY & McANANEY
Attorneys for Defendants

By: _____
Edward G. McAnaney, Esq. (CT01407)
McAnaney & McAnaney
Suffield Village
Suffield, Connecticut 06078

GRANTED. The Clerk is directed to close the case. So ordered.
Christopher F. Droney
United States District Judge
12/23/03